Michael R. GODWIN, Plaintiff— Appellant,

v.

Sonja JOHNS, M.D., Defendant— Appellee,

and

Nurse Entzminger; John Doe, I, Defendants.

No. 05–7307.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 1, 2006.

Michael R. Godwin, Appellant Pro Se. Jeff Wayne Rosen, Pender & Coward, P.C., Virginia Beach, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

**PER CURIAM:**

Michael R. Godwin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Godwin's motion for x-rays and doctor's reports, and we affirm on the reasoning of the district court. *See Godwin v. Entzminger,* No. CA–03–804–2 (E.D. Va. filed July 21, 2005; entered July 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*